UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 26-21516-CIV-CANNON

**MIGUEL ANTONIO NUNEZ**,

   Petitioner,

v.

**WARDEN, KROME NORTH SERVICE PROCESSING CENTER** *and* **UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,**

   Respondents.

             /

**ORDER OF DISMISSAL FOR FAILURE TO
COMPLY WITH COURT ORDERS**

**THIS CAUSE** comes before the Court Petitioner Miguel Antonio Nunez's *pro se* Renewed Motion for Leave to Proceed *in forma pauperis* ("Renewed IFP Motion") [ECF No. 7]. For the reasons stated below, the Petition is **DISMISSED WITHOUT PREJUDICE** for failure to comply with court orders.

\*\*\*

Courts are vested with the inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962). "The court's power to dismiss is an inherent aspect of its authority to enforce its orders and ensure prompt disposition of lawsuits." *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983). Accordingly, "[a] district court can dismiss a case *sua sponte*" if a party "fails to comply with a court order." *Daker v. Comm'r, Ga. Dep't of Corr.*, 850

1

F. App'x 731, 733 (11th Cir. 2021) (citing *Betty K Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337 (11th Cir. 2005)); *see also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (ruling that dismissal "upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion"); *Jamerson v. Sec'y Dep't of Corr.*, 774 F. App'x 623, 624 (11th Cir. 2019) ("In general, a dismissal without prejudice is not an abuse of discretion" (citing *Dynes v. Army Air Force Exchange Serv.*, 720 F.2d 1495, 1499 (11th Cir. 1983))).

That disposition is warranted here.  On March 2, 2026, Petitioner filed his first Motion for Leave to Proceed *in forma pauperis* ("First IFP Motion") [ECF No. 3].  However, because the First IFP Motion lacked a six-month account statement, the Court denied the IFP Motion without prejudice and granted Petitioner leave to file an Amended IFP Motion [ECF No. 4 pp. 1–2]. Specifically, the Court required that Petitioner file a renewed IFP Motion on the authorized form, with supporting financial affidavit, and a six-month account statement as required by Rule 3(a) of the Rules Governing Section 2254 Cases in the United States District Courts[1]  [ECF No. 4 p. 2]. The Court warned that Petitioner's "failure to timely pay the filing fee or to file a compliant motion to proceed *in forma pauperis* **will** result in dismissal of this case without prejudice and without further notice" [ECF No. 4 p. 2 (emphasis added)].  Despite this Court's clear warning, Petitioner's renewed IFP Motion is not signed under penalty of perjury and lacks a six-month account statement, as required by this Court's prior Order and Rule 3(a) of the Rules Governing Section 2254 Cases in the United States District Courts.  Consistent with the warning contained in the Court's prior Order [ECF No. 4 p. 2], dismissal is warranted.

---

[1] The Court may apply the Rules Governing Section 2254 Cases in the United States District Courts to the instant § 2241 Petition. *See* Rule 1(b), Rules Governing Section 2254 Cases in the United States District Courts.

CASE NO. 26-21516-CIV-CANNON

\*\*\*

Accordingly, upon a full review, it is hereby **ORDERED AND ADJUDGED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Court orders.

2. The Clerk is ordered to **CLOSE** this case.

3. The Clerk shall **MAIL** a copy of this order to Petitioner at the address listed below and file a Notice of Compliance confirming the same.

**ORDERED** in Chambers in Fort Pierce, Florida, this 2nd day of April 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     **Miguel Antonio Nunez,** *pro se*
A# 090-680-340
Krome North Service Processing Center
Inmate Mail/Parcels
18201 S.W. 12th Street
Miami, Florida 33194

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

3